not be affirmed on the ground that the appeal essentially involves a challenge to a finding of fact of the Commission based upon credibility. Counsel for the employee argued this matter on October 1, 1979.

Since the employee has failed to show cause, the decree is hereby affirmed and the appeal is denied and dismissed. *Edward John Mulligan,* for petitioner. *Bernard W. Boyer,* for respondent.

October 12, 1979.

M. P. Nos. 79-283 and 79-284. THE CITY OF PROVIDENCE *et al. v.* MARY JANE O'NEILL, and MAYER LEVITT *et al. v.* MARY JANE O'NEILL. The petition for writ of certiorari in each case is granted and these cases are hereby consolidated for the filing of briefs and for oral argument.

Mr. Justice Weisberger did not participate. *Ronald H. Glantz,* City Solicitor, John Rotondi, Jr., Deputy City Solicitor, *Gerald G. Norigian,* Assistant City Solicitor, *Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio* (for *Mayer Levitt* et al.), for petitioners. *Revens & DeLuca, Amato A. DeLuca,* for respondent.

M. P. No. 79-299. NATHAN M. HONIG *v.* GENERAL MOTORS CORPORATION *et al.* The petition for writ of certiorari is denied.

Mr. Justice Weisberger did not participate. *Gunning, LaFazia & Gnys, Inc., Netti C. Vogel,* for petitioner. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for respondent.

C. A. No. 78-43. STATE *v.* ROBERT A. ANGELL. The petition for reargument is denied.

Mr. Justice Weisberger did not participate. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff. *Barbara Hurst,* for defendant.

C. A. No. 78-268. STATE *v.* JAMES RODERICK. The motion